# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **SHERRI LITTON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 03-2377-KHV |
| **MAVERICK PAPER CO., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER

The exhibit numbers referenced in <u>Defendants' Memorandum In Support Of Motion For Summary Judgment</u> (Doc. #68) filed February 7, 2005, do not match the exhibit numbers as they were filed on the Court's electronic filing system. On or before **May 23, 2005,** defendants shall file an index which references the old exhibit numbers to the new exhibit numbers.

**IT IS SO ORDERED.**

Dated this 18th day of May, 2005 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
Kathryn H. Vratil  
United States District Judge
